# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Case No. 25-60043

WYNNEWOOD REFINING COMPANY, LLC,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*.

On Petition for Review of Final Agency Action of the
United States Environmental Protection Agency

## EPA'S RESPONSE TO PETITIONER'S
## MOTION FOR STAY PENDING JUDICIAL REVIEW

Respondent U.S. Environmental Protection Agency ("EPA") submits this response to Petitioner Wynnewood Refining Company, LLC's ("Wynnewood") motion for a stay pending judicial review. ECF No. 7 (Jan. 31, 2025) (under seal). On January 29, 2025, Wynnewood filed a petition for review challenging EPA's final action issued on January 2, 2025, which had denied Wynnewood's petition for a one-year extension of the small refinery exemption from its 2023 Renewable Fuel Standard ("RFS") compliance obligations under 42 U.S.C. § 7545(o)(9)(B). The challenged EPA action is entitled "Denial of Request for Extension of Small

1

Refinery Temporary Exemption Under the Renewable Fuel Standard Program for Wynnewood Refining Company, LLC's Wynnewood, Oklahoma Refinery" (the "Petition Denial"). Wynnewood seeks a stay of its 2023 RFS compliance obligation pending resolution of its petition for review. The Court has not yet set a briefing schedule.

In light of the issues raised in Wynnewood's motion for a stay pending judicial review, Wynnewood's representation that it would suffer irreparable harm absent a stay, and EPA's current review of the Petition Denial, EPA does not oppose the relief requested in Wynnewood's stay motion. In doing so, however, EPA takes no position on the merits of Wynnewood's underlying arguments regarding the Petition Denial.

Respectfully submitted February 10, 2025.

                **LISA LYNNE RUSSELL**
                Deputy Assistant Attorney General
                U.S. Department of Justice
                Environment & Natural Resources Division

                /s/ *Jeffrey Hughes*
                JEFFREY HUGHES
                United States Department of Justice
                Environment & Natural Resources Division
                P.O. Box 7611
                Washington, D.C. 20044
                (202) 305-4598
                jeffrey.hughes@usdoj.gov
                *Attorney for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that I filed via CM/ECF the foregoing, which will effectuate service on all counsel of record who are required to be registered on CM/ECF.

Dated:  February 10, 2025  /s/ *Jeffrey Hughes*
JEFFREY HUGHES

# CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 201 words according to the count of Microsoft Word, excluding the parts of the response exempted by Fed. R. App. P. 32(f), and therefore is within the word limit of 5,200 words.

I further certify that this response complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and is double-spaced, except for headings, block quotes, and footnotes.

Dated: February 10, 2025                         /s/ *Jeffrey Hughes*
                                                 JEFFREY HUGHES