IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| WYNNEWOOD REFINING COMPANY, LLC,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Case No. 25-60043 |

# STATUS REPORT

Respondent U.S. Environmental Protection Agency ("EPA") respectfully submits this status report to apprise the Court of EPA's intended forthcoming new decision on Petitioner's request underlying the action challenged in this case.

1. Petitioner seeks review of an EPA action issued on January 2, 2025, entitled "Denial of Request for Extension of Small Refinery Temporary Exemption Under the Renewable Fuel Standard Program for Wynnewood Refining Company, LLC's Wynnewood, Oklahoma Refinery" (the "Petition Denial").

2. On January 31, 2025, Petitioner moved to stay pending judicial review its compliance obligations under the Petition Denial. ECF No. 7 (under seal). EPA did not oppose the relief requested in that motion, ECF No. 23, and Petitioner did

1

not file a reply. The Court granted Petitioner's motion on March 21, 2025. ECF No. 41.

3. On February 27, 2025, EPA moved unopposed to place this case in abeyance so that EPA could brief new administration officials about this case and the underlying Petition Denial to allow officials to decide what action, if any, is necessary. *See* ECF No. 29. This Court granted EPA's unopposed motion that same day. *See* ECF No. 33.

4. In its first status report, EPA shared that administrative officials were continuing to review the Petition Denial, as well as other petitions for small refinery exemptions currently pending before EPA to determine what action, if any, is necessary. ECF No. 50.

5. The undersigned counsel has been advised that EPA has now developed a new approach for reviewing small refinery exemptions and that EPA's current intention is to issue decisions on the small refinery exemptions before it, as well as those that are in litigation, including the exemption petition underlying the Petition Denial in this case.

6. EPA will update the Court on any effect the anticipated new decisions may have on the present litigation.

Date: August 19, 2025						Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

*/s/ Jeffrey Hughes*
JEFFREY HUGHES
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 305-4598
jeffrey.hughes@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 19, 2025, I electronically filed the foregoing status report with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Jeffrey Hughes*
JEFFREY HUGHES