# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| WYNNEWOOD REFINING COMPANY, LLC, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | Case No. 25-60043 |

### PETITIONER'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS PETITION FOR REVIEW

Pursuant to Federal Rule of Appellate Procedure 27, Petitioner Wynnewood Refining Company, LLC respectfully submits this unopposed motion to voluntarily dismiss its petition for review. In the administrative action under review here, EPA denied Petitioner's petition under the Clean Air Act for small-refinery relief from the Renewable Fuel Standard for the 2023 compliance year. *See* No. 25-60043, ECF Dkt. 1-1 at 5 (Jan. 30, 2025). But EPA no longer stands by that action; it recently replaced it with a new administrative decision for the compliance year at issue that reached different results (in part) based (in part) on different reasoning. August 2025 Decisions on Petitions for RFS Small Refinery Exemptions, 90 Fed. Reg. 41829 (Aug. 27, 2025). Petitioner has filed a separate petition for review to challenge EPA's new

action insofar as it is arbitrary, capricious, or otherwise not in accordance with law. Because EPA has abandoned the administrative action challenged in this petition for review, Petitioner no longer needs judicial review of that action.

EPA consents to the relief requested here. The parties agree that each party should bear its own costs.*

Dated:  December 15, 2025

Respectfully submitted,

 */s/ Michael R. Huston*
Michael R. Huston
PERKINS COIE LLP
2525 E. Camelback Road
Phoenix, AZ 85016
Phone: 202.434.1630
mhuston@perkinscoie.com

*Attorney for Petitioner*

---

* The parties disagree about whether Petitioner is entitled to its attorneys' fees in this case under 42 U.S.C. § 7607. Petitioner believes that it is. EPA disagrees. But EPA does not take the position that, by virtue of voluntarily dismissing this case, Petitioner is unable to seek recovery of any attorneys' fees that it may otherwise be entitled to. The parties reserve all rights.

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 256 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used for the word count).

Dated: December 15, 2025

                                         */s/ Michael R. Huston*
                                         Michael R. Huston

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 15, 2025

                                       */s/ Michael R. Huston*
                                       Michael R. Huston